# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS EDUARDO CHAVARRIA,<br><br>Defendant. | Case No.: 2:20-cr-00282-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 59 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Sentencing Hearing currently scheduled for January 11, 2022, at 11:00 a.m., be vacated and continued to August 16, 2022, at 10:00 a.m.

DATED this 10th day of December, 2021.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE