UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JESUS EDUARDO CHAVARRIA,<br><br>　　　　　　　Defendant. | Case No. 2:20-cr-00282-JAD-EJY-3<br><br>**ORDER**<br><br>ECF No. 61 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, August 16, 2022, at 10:00 a.m., be vacated and continued to February 21, 2023, at 11:00 a.m.

　　　DATED this 26th day of July 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE