# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00282-JAD-EJY |
| Plaintiff, | **ORDER** |
| vs. | **ECF No. 63** |
| JESUS EDUARDO CHAVARRIA, | |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the Sentencing Hearing currently scheduled for February 21, 2023, at 11:00 a.m., be vacated and continued to August 29, 2023, at 11:00 a.m.

DATED this 20th day of January, 2023.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE