UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JESUS EDUARDO CHAVARRIA,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00282-JAD-EJY-3<br><br>**ORDER**<br><br>**ECF No. 65** |

　　　Based on the parties' stipulation, IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, August 29, 2023, at 11:00 a.m., be vacated and continued to January 8, 2024, at 11:00 a.m.

　　　DATED this 8th day of August 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE