**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS EDUARDO CHAVARRIA,<br><br>Defendant. | Case No.: 2:20-cr-00282-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 67 |

  Based on the parties' stipulation, IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for January 8, 2024, at 11:00 a.m., be vacated and continued to April 8, 2024, at the hour of 10:00 a.m.

  DATED this 16th day of November, 2023.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE