UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS EDUARDO CHAVARRIA,<br><br>Defendant. | Case No. 2:20-cr-00282-JAD-EJY-3<br><br>**ORDER** |

Based on the parties' stipulation and with good cause appearing,

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, April 8, 2024, at 10:00 a.m., be vacated and continued to June 10, 2024 at the hour of 10:00 a.m.

DATED April 5, 2024

_____
UNITED STATES DISTRICT JUDGE