UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS EDUARDO CHAVARRIA,<br><br>Defendant. | Case No. 2:20-cr-00282-JAD-EJY-3<br><br>**ORDER GRANTING DEFENDANT CHAVARRIA'S MOTION FOR LEAVE TO FILE HIS SENTENCING MEMORANDUM UNDER SEAL** |

Defendant having demonstrated in his Motion for Leave to File Under Seal that the specific privacy interests here are compelling reasons that outweigh the public's right to access his sentencing memorandum,

IT IS ORDERED that the motion **[ECF No. 87] is GRANTED; The Clerk of Court is directed to MAINTAIN THE SEAL on Defendant Chavarria's Sentencing Memorandum, the exhibits thereto, and the Motion for Leave to File Under Seal [ECF Nos. 87, 87-1, 87-2].**

DATED: October 10, 2024

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE